| | |
|---|---|
| 1 | Karin Kramer (SBN 87346) |
| | kramerk@howrey.com |
| 2 | John Foust (SBN 218824) |
| | foustj@howrey.com |
| 3 | Brienne Wesolek (SBN 245396) |
| | wesolekb@howrey.com |
| 4 | HOWREY LLP |
| | 525 Market Street, Suite 3600 |
| 5 | San Francisco, California 94105 |
| | Telephone: (415) 848-4900 |
| 6 | Facsimile: (415) 848-4999 |
| | |
| 7 | Robert Rubin (SBN 85084) |
| | rrubin@lccr.com |
| 8 | Kendra Fox-Davis (SBN 248757) |
| | kfoxdavis@lccr.com |
| 9 | LAWYERS' COMMITTEE FOR CIVIL RIGHTS |
| | OF THE SAN FRANCISCO BAY AREA |
| 10 | 131 Steuart Street, Suite 400 |
| | San Francisco, California 94105 |
| 11 | Telephone: (415) 543-9444 |
| | Facsimile: (415) 543-0296 |
| 12 | |
| | Attorneys for Plaintiff |
| 13 | Brenda Brooks Brown |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRENDA BROOKS BROWN, | Case No. 09-CV-00928-SI |
| Plaintiff, | **[PROPOSED] ORDER RE JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, a public entity, LIEUTENANT JOHN BALLENTINE, DOES 1-20, jointly and severally, | |
| Defendants. | |

Having considered the parties' joint stipulation to continue the June 12, 2009 Case Management Conference,

Case No. 09-CV-00928-SI
[PROPOSED] ORDER CONTINUING CASE MANAGAEMENT CONFERENCE

| | |
|---|---|
| 1 | The Court hereby orders that the Case Management Conference now be continued to |
| 2 | __July 17, 2009_____ at _2:30_ p.m. . |
| 3 | |
| 4 | IT IS SO ORDERED. |
| 5 | |
| 6 | Dated: _____    _____*[signature: Susan Illston]*_____ |
| 7 | SUSAN ILLSTON<br>United States District Judge |

Case No. . 09-CV-00928-SI
[PROPOSED] ORDER CONTINUING CASE MANAGAEMENT CONFERENCE

2