United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA B. BROWN, | No. C 09-00928 SI |
| Plaintiff, | **ORDER TEMPORARILY STAYING DISCOVERY** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. / | |

All discovery in this case is stayed until the July 17, 2009 case management conference. Any depositions scheduled to occur prior to that date may not proceed.

**IT IS SO ORDERED.**

Dated: July 15, 2009

SUSAN ILLSTON
United States District Judge