IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BRENDA B. BROWN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SF CITY & COUNTY,<br><br>　　　　　　Defendant.<br>_____ / | No. C 09-00928 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 13, 2009 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is May 3, 2010.

DESIGNATION OF EXPERTS: May 17, 2010; REBUTTAL: May 24, 2010.
　　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is June 15, 2010.

DISPOSITIVE MOTIONS **SHALL** be filed by June 18, 2010;

　　　Opp. Due July 2, 2010;  Reply Due July 9, 2010;

　　　 and set for hearing no later than July 23, 2010 at 9:00 AM.

PRETRIAL CONFERENCE DATE: August 17, 2010 at 3:30 PM.

JURY TRIAL DATE: August 30, 2010 at 8:30 AM.,
　　　Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties shall have a further ADR conference by November 10, 2009,

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: _____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge