1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
3 | BLAKE P. LOEBS, State Bar #145790
JOSHUA S. WHITE, State Bar #237223
4 | Deputy City Attorney
Fox Plaza
5 | 1390 Market Street, 6th Floor
San Francisco, California 94102-5408
6 | Telephone:     (415) 554-4259
Facsimile:      (415) 554-3837
7 | E-Mail:         Joshua.White@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BRENDA BROOKS BROWN, | Case No. CV-09-0928 (SI) |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, a public entity, LIEUTENANT JOHN BALLENTINE, DOES 1-10, jointly and severally,, | Trial Date:       August 30, 2010 |
| Defendants. | |

Stipulation re Dismissal                                            1                              n:\lit\li2009\090975\00583768.doc
*Brown v. CCSF*, Case No. CV 09-0928 SI

The parties hereby agree and stipulate as follows:

1. Plaintiff Brenda Brooks Brown hereby dismisses with prejudice this entire lawsuit, including all causes of actions against all defendants.

2. Defendants waive their costs of suit and any claim that they may have for attorneys' fees.

Dated: September 25, 2009

                              DENNIS J. HERRERA
                              City Attorney
                              JOANNE HOEPER
                              Chief Trial Deputy
                              BLAKE P. LOEBS
                              JOSHUA S. WHITE
                              Deputy City Attorneys

By: /s/ Joshua S. White
     JOSHUA S. WHITE

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: September 25, 2009

                              KARIN KRAMER
                              JOHN FOUST
                              BRIENNE WESOLEK
                              Howrey, LLP

By: /s/ Karin Kramer
     KARIN KRAMER

Attorneys for Plaintiff
BRENDA BROOKS BROWN

Pursuant to General Order 45, §X.B., the filer of this document attests that he has received the concurrence of this signatory to file this document.

**ORDER**

Pursuant to the parties' stipulation set forth above, this entire lawsuit, as to all plaintiffs, all defendants, all claims for relief, and all causes of action, is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: _____      _____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE